UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

LEROY BROWN,

                Plaintiff,

                                      Civ. No.9:04-CV-1075
       v.                         (FJS/RFT)

K. LEE, Doctor at Clinton Correctional
Facility; J. MITCHELL, Health Service
Administrator at Clinton Correctional
Facility,

                Defendants.
_____

APPEARANCES:                         OF COUNSEL:

LEROY BROWN
Plaintiff, Pro Se
875-06-02225
R.N.D.C.
11-11 Hazen Street
East Elmhurst, New York   11370

HON. ANDREW M. CUOMO           JANICE A. DEAN, ESQ.
Attorney General of the         Asst. Attorney General
 State of New York
Attorney for Defendant Lee
New York State Department of Law
The Capitol
Albany, New York   12224


**FREDERICK J. SCULLIN, JR., S.D.J.:**


                                **<u>DECISION AND ORDER</u>**


     The above-captioned matter having been presented to me by

the Report-Recommendation and Order of Magistrate Judge Randolph

F. Treece filed February 7, 2007 and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation and Order of Magistrate Judge Randolph F. Treece filed February 7, 2007 is **ACCEPTED** in its entirety, for the reasons stated therein; and it is further

**ORDERED**, that Defendant's Motion to Dismiss pursuant to Fed. R.Civ.P.37(b)(Dkt. No. 28)is **GRANTED** and this action is **DISMISSED**; and it is further

**ORDERED**, that the Clerk of the Court is to enter judgment in favor of the Defendant and close this case.

**IT IS SO ORDERED.**

DATED: March 1, 2007
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge